UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED PARCEL SERVICE, INC,                :
                                           :     Civil Action No.
              Plaintiff,                :     1:12-cv-07961-SAS
                                           :
   -against-                              :     **DEFENDANT LEXINGTON**
                                           :     **INSURANCE COMPANY'S**
LEXINGTON INSURANCE COMPANY,               :     **RULE 7.1 DISCLOSURE**
                                           :
              Defendant.                :
---------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Lexington Insurance Company certifies that the following entities are corporate parents, affiliates, and/or subsidiaries of said party, and have an interest in the outcome of this case.

    Lexington Insurance Company is a wholly-owned subsidiary of National Union Fire Insurance Company of Pittsburgh, Pa., which is a wholly-owned subsidiary of Chartis U.S., Inc., which is a wholly-owned subsidiary of Chartis Inc., which is a wholly-owned subsidiary of AIUH LLC.  American International Group, Inc., a publicly traded corporation, owns 100% of the issued and outstanding stock of AIUH LLC.

    These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.


Dated: New York, New York
       February 6, 2013

                            SEDGWICK LLP


                            By: /s/ J. Gregory Lahr

NY/1248187v1

J. Gregory Lahr (JL9969)
Ryan C. Chapoteau (RC1986)
*Attorneys for Defendant*
*Lexington Insurance Company*
225 Liberty Street, 28th Floor
New York, NY  10281-1008
Telephone:	212.422.0202
Facsimile:	212.422.0925