AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United Parcel Service, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cv-07961-SAS |
| Lexington Insurance Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lexington Insurance Company

Date:    02/06/2013

/s/ J. Gregory Lahr
*Attorney's signature*

J. Gregory Lahr (JL9969)
*Printed name and bar number*
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281

*Address*

gregory.lahr@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*