UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Plaintiff, UPS

-v-

Defendant. Lexington

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 Civ 7941 (SAS)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☑ Specific Non-Dispositive Motion/Dispute:*
Plaintiffs Defendants request the Court to compel UPS to provide Lexington w/ certain discovery

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated 7/26/13

SO ORDERED:

_____
United States District Judge