UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED PARCEL SERVICE, INC.,                  :
                                              :   Civil Action No.
            Plaintiff,                 :   1:12-cv-07961-SAS
                                              :
   -against-                                 :
                                              :
LEXINGTON INSURANCE COMPANY,                  :
                                              :
            Defendant.                 :
-------------------------------------------------------------x

**DECLARATION OF J. GREGORY LAHR IN SUPPORT OF
DEFENDANT LEXINGTON INSURANCE COMPANY'S OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      **J. GREGORY LAHR**, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true:

      1.      I am a member of the firm of Sedgwick LLP, attorneys for Defendant Lexington Insurance Company ("Lexington"). I am fully familiar with the facts and circumstances of this matter.

      2.      I submit this Declaration and exhibits annexed hereto in support of Lexington's opposition to Plaintiff United Parcel Service, Inc.'s ("UPS") motion for partial summary judgment.

      3.      A true and correct copy of UPS' Responses to Defendant's First Request for Production of Documents is attached hereto as Exhibit A.

      4.      A true and correct copy of Liberty Mutual Insurance Company ("Liberty Mutual") Commercial General Liability Policy No. TB1-C21-004175-289 (the "Liberty Policy"), produced as part of UPS' Responses to Defendant's First Request for Production of Documents, is attached hereto as Exhibit B.

  5. A true and correct copy of the complete deposition of Marilyn Chase dated February 8, 2012, is attached hereto as Exhibit C.

  6. A true and correct copy of the complete deposition of Martial Pamphile dated May 23, 2012, is attached hereto as Exhibit D.

Dated: New York, New York
   July 23, 2013

             I declare under penalty of perjury that the foregoing is true and correct.

             _____/s/ J. Gregory Lahr_____
             J. Gregory Lahr (JL-9969)