UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED PARCEL SERVICE, INC.,

           Plaintiff,

- against -

LEXINGTON INSURANCE COMPANY,

           Defendant.

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/14

**ORDER**

12 Civ. 7961 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On July 23, 2013, plaintiff United Parcel Service, Inc., filed a motion seeking to file under seal the Declaration of Steven P. Orlowski dated November 7, 2013, as well as an exhibit attached to the declaration. It is hereby ordered that plaintiff's motion to file under seal is granted. Plaintiff is directed to file the declaration and the exhibit under seal by February 10, 2014. The Clerk of Court is directed to close this motion (Docket # 39).

                                      SO ORDERED:

                                      Shira A. Scheindlin
                                      U.S.D.J.

Dated:     New York, New York
             February 4, 2014

## - Appearances -

**For Plaintiff:**

Stephen P. McLaughlin, Esq.
Ansa Assuncao, LLP
707 Westchester Avenue, Suite 309
White Plains, NY 10604
(914) 298-2260

**For Defendant:**

J. Gregory Lahr, Esq.
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281
(212) 898-4014